FILED US District Court-UT
FEB 16 '22 PM 12:59

ANDREA T. MARTINEZ, United States Attorney (#9313)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

**SEALED**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AUSTIN MATTHEW OTTO, <br><br> Defendant. <br><br> Case: 2:22-cr-00050 <br> Assigned To : Nielson, Howard C., Jr <br> Assign. Date : 2/16/2022 | **INDICTMENT** <br><br> Count I: 18 U.S.C. § 2251(a) and (e), Production of Child Pornography; <br><br> Count II: 18 U.S.C. § 2251(a) and (e), Production of Child Pornography; <br><br> Count III: 18 U.S.C. § 2252A(a)(1) and (b)(1), Transportation of Child Pornography; <br><br> Count IV: 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), Possession of Child Pornography. |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 2251(a) and (e)
(Production of Child Pornography)

Beginning on a date unknown and continuing until on or about, November 19, 2021, in the District of Utah, and elsewhere,

AUSTIN MATTHEW OTTO,

defendant herein, did employ, use, persuade, induce, entice and coerce a minor, H.F., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and knowing the visual depiction was transported in and affecting interstate and foreign commerce, and attempted to do so; all in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT II
18 U.S.C. § 2251(a) and (e)
(Production of Child Pornography)

Beginning on a date unknown and continuing until on or about, November 19, 2021, in the District of Utah, and elsewhere,

AUSTIN MATTHEW OTTO,

defendant herein, did employ, use, persuade, induce, entice and coerce a minor, N.F., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and knowing the visual depiction was transported in and affecting interstate and foreign commerce, and attempted to do so; all in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT III
18 U.S.C. § 2252A(a)(1) and (b)(1)
(Transportation of Child Pornography)

On or about, May 16, 2021, in the District of Utah, and elsewhere,

AUSTIN MATTHEW OTTO,

defendant herein, did knowingly transport and ship child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce, and in

and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(1) and (b).

## COUNT IV
18 U.S.C. § 2252A(a)(5)(b)
(Possession of Child Pornography)

Beginning on a date unknown and continuing until on or about, November 19, 2021, in the District of Utah,

AUSTIN MATTHEW OTTO,

defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

_____
CAROL A. DAIN
Assistant United States Attorney